

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>IREN MARKOSYAN,<br>  aka "Irene,"<br><br>    Defendant. | CR No. 19CR00169-CAS<br><br>I N F O R M A T I O N<br><br>[18 U.S.C. § 1956(h): Conspiracy to Launder Monetary Instruments; 18 U.S.C. § 982, 28 U.S.C. § 2461(c): Criminal Forfeiture] |

The United States Attorney charges:

COUNT ONE

[18 U.S.C. § 1956(h)]

A.   OBJECT OF THE CONSPIRACY

Beginning on an unknown date and continuing until on or about January 11, 2019, in Los Angeles County, within the Central District of California, and elsewhere, defendant IREN MARKOSYAN, also known as "Irene" ("defendant"), and others known and unknown to the United States Attorney, knowingly combined, conspired, and agreed with each other to conduct and attempt to conduct financial transactions knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, which, in fact, involved the proceeds of specified unlawful activity, namely,

conspiracy to distribute controlled substances, in violation of Title 21, United States Code, Section 846, and fraud and related activity in connection with access devices, in violation of Title 18, United States Code, Section 1029, and knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

The object of the conspiracy was to be accomplished, in substance, as follows:

1. Defendant and co-conspirator #1 would funnel money, including proceeds from narcotics-related and fraud-related activities, into accounts held in the name of defendant.

2. With defendant's knowledge, co-conspirator #1 would use defendant's name to purchase real property.

3. Defendant and co-conspirator #1 would obtain hard-money loans, secured against the real property that had been purchased under defendant's name.

4. Defendant would knowingly make and/or affirm false, material misrepresentations in the applications for the loans.

5. Defendant would direct the escrow companies for the loans to transfer the proceeds of the loans to an account held in the name of defendant.

6. Co-conspirator #1 would direct defendant to transfer the proceeds of the loans to accounts that both defendant and coconspirator #1 controlled, or co-conspirator #1 would instruct defendant to pay, with loan proceeds, entities directly.

C.   OVERT ACTS

In furtherance of the conspiracy and to accomplish the object of the conspiracy, on or about the following date, defendant, and others known and unknown to the United States Attorney, committed various overt acts in Los Angeles County, within the Central District of California, and elsewhere, including, but not limited to, the following:

1.   On or about December 19, 2018, defendant sold a property in North Hollywood.

FORFEITURE ALLEGATION

[18 U.S.C. § 982 and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), in the event of defendant's conviction of the offense set forth in Count One of this Information.

2. Defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, involved in such offense, and any property traceable to such property, including, without limitation, the following property (the "Forfeitable Property"):

i. $234,442.13, which represents the net proceeds received from the sale of the real property located in North Hollywood, California, Assessor's Parcel Number ("APN"): 2317-014-018;

ii. The real property located in Studio City, California with APN: 2380-015-018 and title is held in the name of Iren Markosyan, a single woman (the "Studio City property"). The Studio City property is situated in the County of Los Angeles, State of California, and is more particularly described as:

> Lot 362 of Tract 25056, in the City of Los Angeles, County of Los Angeles, State of California, as per Map recorded in Book 666 Pages 10 to 20 inclusive of Maps, in the Office of the County Recorder of said County.
>
> Except therefrom all oil, gas, minerals and other hydrocarbon substances, lying and below a depth of 500 feet, without the right of surface entry.

    iii. One 1996 Carver 38 vessel with Vessel Number: 1053407 and Hull Identification Number: CDRR6038E696; and

    iv. One 2005 Caribe vessel with Vessel VIN: EMDD2062I405.

  (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

  3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 18, United States Code, Section 982(b)(2), defendant, if so convicted, shall forfeit substitute property, if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty. Substitution of assets shall not be ordered, however, where the convicted defendant acted merely as an intermediary who handled but did not retain the property in the course of the money laundering offense unless defendant, in

///
///

committing the offense or offenses giving rise to the forfeiture, conducted three or more separate transactions involving a total of $100,000.00 or more in any twelve-month period.

NICOLA T. HANNA
United States Attorney

*[signature]*

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

CAROL A. CHEN
Assistant United States Attorney
Chief, Organized Crime Drug
   Enforcement Task Force Section
   Section

PUNEET V. KAKKAR
Assistant United States Attorney
Organized Crime Drug
   Enforcement Task Force Section